# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JAMES <br><br> Plaintiff(s), <br><br> v. <br><br> PRINCESS CRUISE LINES, LTD., et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:20–cv–10278–CAS–JC <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __11/30/2020__

Document Number(s):   __12__

Title of Document(s):   __SECOND NOTICE REGARDING APPLICATION OF NON–RESIDENT ATTORNEY MAV H. MIRFASIHI__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events Motions and Related Filings Applications/Ex Parte Applications/Motions/Petitions/Requests Appear Pro Hac Vice (G–64)

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _December 1, 2020_   By:   _/s/ Sharon Hall–Brown  213–894–3651_
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS