1    Ralph S. LaMontagne, Jr. [State Bar No. 91536]
     rlamontagne@l-a-lawoffices.com
2    Eric A. Amador [State Bar No. 143395]
     eamador@l-a-lawoffices.com
3    Thomas T. Carpenter [State Bar No. 98051]
     tcarpenter@l-a-lawoffices.com
4    LaMONTAGNE & AMADOR LLP
     150 S. Los Robles Avenue, Suite 940
5    Pasadena, California 91101

6    Telephone:  (626) 765-6800
     Facsimile:  (626) 765-6801

7

8    Attorneys for Defendant
     VENTURE TRAVEL, L.L.C., doing business as
     TAQUAN AIR

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13   MARY JAMES, | ) Case No. 2:20-cv-10278-CAS-JC |
| 14         Plaintiffs, | ) |
| 15         vs. | ) **NOTICE OF WITHDRAWAL OF** |
| 16   PRINCESS CRUISE LINES, LTD., doing | ) **LOCAL RULE 8.3 STIPULATION**<br>) **(DOCKET ENTRY 20)** |
|      business as PRINCESS CRUISES, | ) |
| 17   VENTURE TRAVEL, LLC, doing | ) |
|      business as TAQUAN AIR; and | ) |
| 18   MOUNTAIN AIR SERVICE, LLC, doing | ) |
|      business as MOUNTAIN AIR, | ) |
| 19 | ) |
| 20         Defendants. | ) |

21

22

23

24

25

26

27

28

1    The Parties to this action file this Notice of Withdrawal and hereby Withdraw

2 the Stipulation filed pursuant to Local Rule 8.3 (Docket Entry 20) as same has been

3 rendered moot by the Order of the Honorable Christina A Snyder (Docket Entry 21).

4

5 Dated:  February 26, 2021                     LaMONTAGNE & AMADOR LLP

6                                                            By:  /s/  Ralph S. LaMontagne, Jr.

7                                                                   Ralph S. LaMontagne, Jr.
                                                                    Eric A. Amador
8                                                                   Thomas T. Carpenter
                                                                    Attorneys for Defendant
9                                                                   VENTURE TRAVEL, L.L.C., doing
10                                                                  business as TAQUAN AIR

11 Dated:  February 26, 2021                     NELSON & FRAENKEL LLP

12
                                                              By:  /s/ Carlos F. Llinás Negret
13                                                                  Stuart R. Fraenkel
14                                                                  Gretchen Nelson
                                                                    Carlos F. Llinás Negret
15                                                                  Attorneys for Plaintiffs
16                                                                  KEVIN ECKELKAMP and
                                                                    ELIZABETH ECKELKAMP
17

18 Dated:  February 26, 2021                     FLYNN DELICH & WISE LLP

19
                                                              By:  /s/  Nicholas S. Politis
20                                                                  Nicholas S. Politis
21                                                                  Attorneys for Defendant
                                                                    PRINCESS CRUISE LINES, LTD.,
22                                                                  doing business as PRINCESS CRUISES

23 Dated:  February 26, 2021                     WORTHE HANSON & WORTHE
24
25                                                            By:  /s/  John Hanson
                                                                    John Hanson
26                                                                  Attorneys for Defendant
27                                                                  MOUNTAIN AIR SERVICE, LLC,
                                                                    doing business as MOUNTAIN AIR
28

---

1
NOTICE OF WITHDRAWAL

1

## <u>ATTESTATION</u>

2

3

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed,

4

and on whose behalf the filing is submitted, concur in the content of this filing and

have authorized this filing.

5

6

Dated:  February 26, 2021                    LaMONTAGNE & AMADOR LLP

7

8

By:  /s/  *Ralph S. LaMontagne, Jr.*

9

Ralph S. LaMontagne, Jr.
Eric A. Amador

10

Thomas T. Carpenter
Attorneys for Defendant

11

VENTURE TRAVEL, L.L.C., doing
business as TAQUAN AIR

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF WITHDRAWAL