| | |
|---|---|
| 1 | Ralph S. LaMontagne, Jr. [State Bar No. 91536] |
| | rlamontagne@l-a-lawoffices.com |
| 2 | Eric A. Amador [State Bar No. 143395] |
| | eamador@l-a-lawoffices.com |
| 3 | Thomas T. Carpenter [State Bar No. 98051] |
| | tcarpenter@l-a-lawoffices.com |
| 4 | LaMONTAGNE & AMADOR LLP |
| | 150 S. Los Robles Avenue, Suite 940 |
| 5 | Pasadena, California 91101 |
| | Telephone:  (626) 765-6800 |
| 6 | Facsimile:  (626) 765-6801 |
| 7 | Attorneys for Defendant |
| | VENTURE TRAVEL, LLC,, doing business as |
| 8 | TAQUAN AIR |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JAMES, | Case No. 2:20-cv-10278-CAS-JC |
| Plaintiffs, | |
| vs. | **NOTICE OF PENDING SETTLEMENT OF ACTION** |
| PRINCESS CRUISE LINES, LTD., doing business as PRINCESS CRUISES, VENTURE TRAVEL, LLC, doing business as TAQUAN AIR; and MOUNTAIN AIR SERVICE, LLC, doing business as MOUNTAIN AIR, | |
| Defendants. | |

Notice Of Pending Settlement Of Action

242027

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that, following extended mediation proceedings that commenced on March 18, 2021, the parties have agreed to a settlement. It is respectfully requested that the Court allow parties sufficient time to work out the specific terms of the settlement agreement/release and for the settlement monies to be paid. It is anticipated that the settlement agreement/release should be completed, and full settlement funds paid within sixty days. Upon completion of the foregoing plaintiffs shall file a dismissal with prejudice. The parties shall contact the Court prior to the expiration of sixty days if additional time is necessary. The parties further request that the current due date for filing of responsive pleadings/motions, *i.e.,* April 9, 2021, be vacated.

Dated: April 8, 2021　　　　　　　　NELSON & FRAENKEL LLP

By: */s/ Carlos F. Llinás Negret*
Stuart R. Fraenkel
Gretchen Nelson
Carlos F. Llinás Negret
Attorneys for Plaintiff
MARY JAMES

Dated: April 8, 2021　　　　　　　　FLYNN DELICH & WISE LLP

By: */s/ Nicholas S. Politis*
Nicholas S. Politis
Attorneys for Defendant
PRINCESS CRUISE LINES, LTD.,
doing business as PRINCESS CRUISES

1
Notice Of Pending Settlement Of Action

242027

| | | |
|---|---|---|
| Dated: April 8, 2021 | | WORTHE HANSON & WORTHE |
| | | By: /s/ *John Hanson* |
| | | John Hanson |
| | | Attorneys for Defendant |
| | | MOUNTAIN AIR SERVICE, LLC, |
| | | doing business as MOUNTAIN AIR |
| Dated: April 8, 2021 | | LaMONTAGNE & AMADOR LLP |
| | | By: /s/ *Ralph S. LaMontagne, Jr.* |
| | | Ralph S. LaMontagne, Jr. |
| | | Eric A. Amador |
| | | Thomas T. Carpenter |
| | | Attorneys for Defendant |
| | | VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR |

2
Notice Of Pending Settlement Of Action

242027

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: April 8, 2021          LaMONTAGNE & AMADOR LLP

By: /s/ *Ralph S. LaMontagne, Jr.*
    Ralph S. LaMontagne, Jr.
    Eric A. Amador
    Thomas T. Carpenter
    Attorneys for Defendant
    VENTURE TRAVEL, L.L.C., doing
    business as TAQUAN AIR