1  Ralph S. LaMontagne, Jr. [State Bar No. 91536]
   rlamontagne@l-a-lawoffices.com
2  Eric A. Amador [State Bar No. 143395]
   eamador@l-a-lawoffices.com
3  Thomas T. Carpenter [State Bar No. 98051]
   tcarpenter@l-a-lawoffices.com
4  LaMONTAGNE & AMADOR LLP
   150 S. Los Robles Avenue, Suite 940
5  Pasadena, California 91101
   Telephone:  (626) 765-6800
6  Facsimile:  (626) 765-6801

7  Attorneys for Defendant
   VENTURE TRAVEL, LLC,, doing business as
8  TAQUAN AIR

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JAMES,<br><br>    Plaintiffs,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., doing business as PRINCESS CRUISES, VENTURE TRAVEL, LLC, doing business as TAQUAN AIR; and MOUNTAIN AIR SERVICE, LLC, doing business as MOUNTAIN AIR,<br><br>    Defendants. | Case No. 2:20-cv-10278-CAS-JC<br><br>**REPORT RE: SETTLEMENT STATUS** |

---

Report Re: Settlement Status

242250

The undersigned parties, who are all parties to this action, namely, plaintiff, Mary James, and defendants, Princess Cruise Lines, Ltd., dba Princess Cruises, Venture Travel, LLC, dba Taquan Air, and Mountain Air Service, LLC, dba Mountain Air, hereby present the Court with the following report relative to settlement status, as dictated by the Court's April 9, 2021 Order:

The parties are awaiting the transfer of funds in this case. It is anticipated that such transfer will take place within the next seven (7) days. Upon confirmation of transfer, a Stipulation for Dismissal shall be filed.

Dated:  June 8, 2021	NELSON & FRAENKEL LLP

By:  /s/ *Carlos F. Llinás Negret*
     Stuart R. Fraenkel
     Gretchen Nelson
     Carlos F. Llinás Negret
     Attorneys for Plaintiff
     MARY JAMES

Dated:  June 8, 2021	FLYNN DELICH & WISE LLP

By:  /s/ *Nicholas S. Politis*
     Nicholas S. Politis
     Attorneys for Defendant
     PRINCESS CRUISE LINES, LTD.,
     doing business as PRINCESS CRUISES

Dated:  June 8, 2021	WORTHE HANSON & WORTHE

By:  /s/ *John Hanson*
     John Hanson
     Attorneys for Defendant
     MOUNTAIN AIR SERVICE, LLC,
     doing business as MOUNTAIN AIR

| | | |
|---|---|---|
| 1 | Dated:  June 8, 2021 | LaMONTAGNE & AMADOR LLP |
| 2 | | |
| 3 | | By: /s/ *Ralph S. LaMontagne, Jr.* |
| | | Ralph S. LaMontagne, Jr. |
| 4 | | Eric A. Amador |
| 5 | | Thomas T. Carpenter |
| | | Attorneys for Defendant |
| 6 | | VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: June 8, 2021                              LaMONTAGNE & AMADOR LLP

By: /s/ *Ralph S. LaMontagne, Jr.*
Ralph S. LaMontagne, Jr.
Eric A. Amador
Thomas T. Carpenter
Attorneys for Defendant
VENTURE TRAVEL, L.L.C., doing business as TAQUAN AIR